22070.   WALLACE, Executor v. MOORE et al.

ARGUED JUNE 10, 1963—DECIDED JUNE 18, 1963.

*Allyn M. Wallace,* for plaintiff in error.

*Hitch, Miller, Beckmann & Simpson, R. M. Hitch, Frank O. Downing,* contra.

QUILLIAN, Justice. The plaintiff in error's sole contention is that there was insufficient evidence to show that the deceased made a gift, within the contemplation of the law, of the certificates to the two minor children.

The requisites of a valid gift are set out in *Code* § 48-101: "To constitute a valid gift, there shall be the intention to give by the donor, acceptance by the donee, and delivery of the article given or some act accepted by the law in lieu thereof." Further, *Code* § 48-102 provides that "A parent, guardian, or friend may accept for an infant."

There was evidence to the effect that the deceased made an unconditional gift to the children. All the legal requirements were met: an intention to give; a renunciation of the right of ownership by the giver, without the power of revocation; delivery of the possession by the giver to the recipient: acceptance by the donees or by the parent for them. *Mims v. Ross,* 42 Ga. 121; *Burt v. Andrews,* 112 Ga. 465 (37 SE 726); *Bowen v. Hol-*

*land,* 182 Ga. 430 (2) (185 SE 720). That after the certificates were delivered to Mrs. Moore and accepted by her as a gift to the children she placed them, at a later time, in the possession of the donor, Mr. Griffin, for safe keeping did not affect the validity of the gift.

*Judgment affirmed. All the Justices concur.*